

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00411-CR

TIMOTHY EVANS REYNOLDS, SR.          APPELLANT

V.

THE STATE OF TEXAS          STATE

----------

## FROM THE 158TH DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Timothy Evans Reynolds, Sr. attempts to appeal from his conviction on his plea of guilty to felony DWI.  The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right of appeal."  *See* Tex. R. App. P. 25.2(a)(2).  On September 21, 2011, we notified Reynolds that this appeal would be dismissed unless he or any party desiring to continue the appeal filed a response

---

[1]*See* Tex. R. App. P. 47.4.

on or before October 3, 2011, showing grounds for continuing the appeal. Reynolds filed a response, but it does not show grounds for continuing the appeal. Therefore, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 13, 2011